## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br>LESTER, PAUL<br>LESTER, MARIE<br><br>Debtor(s). | Case No. 10-48999<br><br>Chapter 7<br><br>HON. THOMAS J. TUCKER |

### NOTICE OF ASSET CASE

TO: Clerk of the United States bankruptcy Court

     Kenneth A. Nathan, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to all creditors

Dated: June 11, 2010

/s/ Kenneth A. Nathan
Kenneth A. Nathan, Trustee (P39142)
260 Franklin Center
29100 Northwestern Highway
Southfield, MI 48034
knathantrustee@nathanzousmer.com
(248) 351-0099